UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brittney Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13631-DRH-PMF |
| *Victoria Hull v. Bayer HealthCare Pharmaceuticals, et al.* | No. 3:10-cv-12984-DRH-PMF |
| *K.H. and Laura Haddix and Keith Haddix as Co-Partial Guardians of K.H. v. Bayer Corporation, et al.* | No. 3:12-cv-11692-DRH-PMF |
| *Charmaine Harris v. Bayer Corporation, et al. Pharmaceuticals Inc., et al.* | No. 3:10-cv-10001-DRH-PMF |
| *Jill Konkol v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11322-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed, the above captioned cases are **DISMISSED** with

prejudice.  Each party shall bear their own costs.

                        **JUSTINE FLANAGAN,**
                        **ACTING CLERK OF COURT**

                        **BY:**  _/s/Alexandra Francis_
                                **Deputy Clerk**

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.10.26 11:20:07 -05'00'

       DISTRICT JUDGE
       U. S. DISTRICT COURT